1   JOANNA L. BROOKS (State Bar No. 182986)
    ERIKA I. GONCALVES (State Bar No. 269944)
2   JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
3   San Francisco, California  94105
    Telephone:   415.394.9400
4   Facsimile:   415.394.9401
    Email:       brooksj@jacksonlewis.com
5              erika.goncalves@jacksonlewis.com

6   Attorneys for Defendants
    THE TRAVELERS INDEMNITY COMPANY,
7   INC., and THE TRAVELERS COMPANIES, INC.

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13   EVA HALL,                     Case No. CV 11-00653 JSW

14          Plaintiff,        **STIPULATION AND [PROPOSED]**
                        **ORDER TO STAY ACTION AND**
15      v.                     **SUBMIT CLAIMS TO BINDING**
                        **ARBITRATION**
16   THE TRAVLERS INDEMNITY COMPANY,
    INC., THE TRAVELERS COMPANIES, INC.
17   and DOES 1 through 10, inclusive,

18         Defendants.

19

20   **TO THE HONORABLE COURT:**

21        WHEREAS on February 11, 2011, Plaintiff EVA HALL ("Plaintiff") filed a Complaint

22   ("Complaint") in the United States District Court for the Northern District of California against

23   Defendants TRAVELERS INDEMNITY COMPANY and THE TRAVELERS COMPANIES,

24   INC. (hereinafter "Travelers" or "Defendants"), alleging disability discrimination, retaliation, and

25   wrongful termination.

26        WHEREAS, during her employment with Travelers, Plaintiff reviewed and accepted the

27   terms of a binding arbitration agreement, agreeing to arbitrate any dispute, claim or controversy

28   arising out of her employment (or termination of employment) with her employer, and to submit

the dispute to a neutral arbitrator.

WHEREAS on March 21, 2011, Plaintiff advised Travelers she agrees to submit this civil action to final and binding arbitration.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Travelers (collectively the "Parties) through their respective counsel of record:

1.   This action be stayed pending the completion of arbitration;

2.   All issues in connection to this action and arising out of Plaintiff's Complaint shall be submitted to a mutually acceptable arbitrator pursuant to the binding arbitration agreement signed by Plaintiff.   This stipulation to arbitrate does not affect Plaintiff's pending workers' compensation claims as to those benefits which traditionally fall within the workers' compensation system;

3.   This Court shall maintain jurisdiction over this action for the purpose to confirm, correct, vacate or enforce any arbitration award.

**IT IS SO STIPULATED.**

Date: March 29 , 2011                  JACKSON LEWIS LLP

JoAnna L. Brooks
Attorneys for Defendants THE TRAVELERS INDEMNITY COMPANY, INC., and THE TRAVELERS COMPANIES, INC.

Date: March 29 , 2011                  DICKSON LEVY VINICK BURRELL HYAMS

Leslie F. Levy
Sharon R. Vinick
Attorneys for Plaintiff EVA HALL

1

**ORDER**

2       Based on this Stipulation of the Parties and for good cause shown, it is hereby ordered,

3   that the terms of this Stipulation are approved and adopted and this action be stayed pending

4   completion of arbitration.

5   **THE FOREGOING STIPULATION**
    **IS APPROVED AND IS SO ORDERED.**

6

7

8   Date: ___March 30___, 2011

9                                   THE HONORABLE JEFFREY S. WHITE
                                    United States District Court
10                                  Northern District of California

11  4830-1238-8105, v. 1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Stay Action                    Case No. CV 11-00653 JSW
and Submit Claims to Binding Arbitration              3