IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVA HALL,

    Plaintiff,

v.

THE TRAVLERS INDEMNITY COMPANY, INC., et al.,

    Defendants.

_____/

No. C 11-653 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

On March 30, 2011, the Court granted the parties stipulation to stay this case pending arbitration. It is HEREBY ORDERED that the parties shall submit a joint status report to the Court regarding the status of the arbitration by no later than July 29, 2011, and shall file additional status reports every 180 days thereafter, until the stay is lifted.

**IT IS SO ORDERED.**

Dated: July 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE