JOANNA L. BROOKS (State Bar No. 182986)
MIA N. TUCKER (State Bar No. 268389)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:  415.394.9400
Facsimile:  415.394.9401
Email:  brooksj@jacksonlewis.com
        mia.tucker@jacksonlewis.com

Attorneys for Defendants
THE TRAVELERS INDEMNITY COMPANY,
INC., and THE TRAVELERS COMPANIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA HALL,<br><br>         Plaintiff,<br><br>    v.<br><br>THE TRAVLERS INDEMNITY COMPANY, INC., THE TRAVELERS COMPANIES, INC. and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. CV 11-00653 JSW<br><br>**STIPULATION TO DISMISS CLAIMS WITH PREJUDICE**<br>**[FRCP Rule 41(a)(1)(ii)]**<br>**AND ORDER THEREON** |

**TO THE HONORABLE COURT:**

   THE PARTIES HERETO, Defendants TRAVELERS INDEMNITY COMPANY and THE TRAVELERS COMPANIES, INC. and Plaintiff EVA HALL, by and through their attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure as follows:

   1. This action was commenced in California state court on December 16, 2010 and timely removed to this Court on February 11, 2011;

   2. This action is not a class action; a receiver has not been appointed; and the action is

not governed by any statute of the United States that requires an order of the court for dismissal;

    3. This action is hereby dismissed, in its entirety, with prejudice. Each party is to bear her or its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Date: July 22, 2011                                JACKSON LEWIS LLP

                                                          /s/
                                                 JoAnna L. Brooks
                                                 Mia N. Tucker
                                                 Attorneys for Defendants THE TRAVELERS INDEMNITY COMPANY, INC., and THE TRAVELERS COMPANIES, INC.

Date: July 22, 2011                                DICKSON LEVY VINICK BURRELL HYAMS

                                                          /s/
                                                 Leslie F. Levy
                                                 Sharon R. Vinick
                                                 Attorneys for Plaintiff EVA HALL

# [~~PROPOSED~~] ORDER

Based on this Stipulation of the Parties and for good cause shown, it is hereby ordered, that the terms of this Stipulation are approved and adopted and this action be dismissed with prejudice.

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

Date: __July 25__, 2011

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court
Northern District of California - San Francisco